# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2014

Robert P. Young, Jr.,
Chief Justice

148754(32)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

AMY REECE BOLZ,
      Plaintiff-Appellant,

v

JOHN R. BOLZ,
      Defendant-Appellee.
_____/

SC: 148754
COA: 319535
Washtenaw CC Family Division:
11-001670-DM

      On order of the Chief Justice, the motion of the Michigan Coalition of Family Law Appellate Attorneys to participate as amicus curiae is GRANTED. The amicus brief submitted on April 30, 2014, in support of the motion for reconsideration of this Court's order of April 4, 2014, denying the application for leave to appeal is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____ May 2, 2014